**TROUTMAN SANDERS LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6227
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEBORAH MIGDAL,<br>*on behalf of herself and those similarly situated,*<br><br>             Plaintiff,<br><br>      -v-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>             Defendant. | Civil Action No. 2:16-cv-04750<br><br>**ORDER ON MOTION TO COMPEL ARBITRATION AND DISMISS <u>PLAINTIFF'S COMPLAINT</u>** |

THIS MATTER having been opened to the Court by defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC for an ORDER compelling Plaintiff Deborah Migdal, to submit her claims to arbitration and to dismiss or in the alternative to stay this action on the grounds that the parties' agreement contains a binding arbitration clause, pursuant to Sections 3 and 4 of the Federal Arbitration Act, 9 U.S.C. § 1, et seq. and Rules 12(b)(6) of the Federal Rules of Civil Procedure, and the Court having reviewed the moving papers submitted, and any opposition thereto, and the Court having heard oral arguments of counsel; and for good cause shown;

Case 2:16-cv-04750-JLL-JAD   Document 12-5   Filed 04/28/17   Page 2 of 2 PageID: 98

IT IS on this ____ day of _____, 2017 ORDERED as follows:

1. PORTFOLIO RECOVERY ASSOCIATES, LLC motion to compel arbitration and dismiss this action is hereby granted.

IT IS FURTHER ORDERED that a copy of this order shall be served on all parties within 7 days

_____