**TROUTMAN SANDERS LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6227
*Attorneys for Defendant Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEBORAH MIGDAL, *on behalf of herself and those similarly situated,*<br><br>                    Plaintiff,<br><br>          -v-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>                    Defendant. | Civil Action No. 2:16-cv-04750 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2017, the following documents were electronically filed and served via the Court's CM/ECF system upon all registered users:

1. Notice of Motion to Compel Arbitration
2. Memorandum in Support of Motion
3. Proposed Order Granting Motion; and
4. Certificate of Service

I certify that the foregoing statements made by me are true.

Dated: April 28 2017                                    Respectfully submitted,

                                                                         */s/  Amanda L. Genovese*
                                                                         Amanda L. Genovese

31177839